8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DIRK J. BOUIE, Jr.,                          No.  2:17-cv-2044 TLN AC P

12                   Petitioner,

13        v.                                       ORDER

14    ROBERT FOX, Warden,

15                   Respondent.

16

17          This habeas corpus action filed pursuant to 28 U.S.C. § 2254 is pending for decision on

18    respondent's motion to dismiss, and petitioner's motion to stay.  It has come to the attention of

19    the court that the state court record filed by respondent does not include a copy of the California

20    Supreme Court's January 11, 2017 order denying habeas relief.  Instead, respondent has

21    submitted only a docket report from the California Supreme Court, indicating that the petition

22    was denied on January 11, 2017.  ECF No. 11-5 at 2.  In the experience of the undersigned, it is

23    common practice in federal habeas cases for Deputies Attorney General to lodge California

24    Supreme Court docket reports in lieu of the actual orders denying habeas petitions.  This practice

25    does not permit the court to perform the review required by 28 U.S.C. § 2254.

26          A docket report is not an order and does not conclusively establish the contents of the

27    orders it references.  A docket report summarizes the procedural history of a case.  It documents

28    the fact that relief was denied, but does not establish to the court's satisfaction whether or not the

denial was without comment or citation.  The presence or absence of any stated reason for denial,

no matter how briefly identified, or any citation to authority, has potential consequences for

review under § 2254.  See Cullen v. Pinholster, 131 S. Ct. 1388, 1399 (2011) (focus of 2254(d)

review is "what a state court. . . did"); Ylst v. Nunnemaker, 501 U.S. 797, 806 (1991) (where

state court's denial is unexplained, federal court must "look through" it to last reasoned decision);

Frantz v. Hazey, 533 F.3d 724, 738 (9th Cir. 2008) (en banc) (where state court's denial is

explained, federal court's analysis is limited to its actual reasoning and analysis); Cone v. Bell,

556 U.S. 449, 472 (2009) (where state court denial rests on procedural ground, federal court

conducts de novo review of merits).

The undersigned is aware from experience that California Supreme Court docket sheets

generally do reflect the content of orders denying habeas relief, including any citation to a

procedural bar.  However, the docket reports are not the source documents.  In light of this court's

duty to review what the state court actually did, the lodged state court record must include all

state court orders denying relief.  A docket report or similar substitute is not sufficient.

Accordingly, within fourteen (14) days after the filing date of this order, counsel for

respondent is HEREBY ORDERED to file (or lodge in paper) a copy of the California Supreme

Court's order dated January 11, 2017 denying petitioner habeas relief.

DATED: July 20, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE