UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK J. BOUIE, Jr., | No. 2:17-cv-2044 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERT FOX, Warden, | |
| Respondent. | |

Petitioner has requested an extension of time until August 28, 2018, to file a reply to respondent's response to petitioner's motion for stay and abeyance, and a surreply to respondent's reply in support of respondent's motion to dismiss. Good cause appearing, but with due regard to the prior delays in these proceedings, IT IS HEREBY ORDERED that:

1. Petitioner's request for extended time, ECF No. 29, is granted in part.

2. Petitioner shall, on or before August 15, 2018, file and serve a reply to respondent's response to petitioner's motion for stay and abeyance, and a surreply to respondent's reply in support of respondent's motion to dismiss; these may be combined in one document with appropriate headings.

3. No further extensions of time will be granted.

DATED: July 27, 2018

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE