UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., | No. 2:17-cv-2044 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERT FOX, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the March 9, 2021 Findings and Recommendations. ECF No. 52. The deadline is currently March 26, 2021. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time, ECF No. 52, is GRANTED; and

2. Petitioner shall have an additional thirty days, up to April 26, 2021, to file objections to the March 9, 2021 Findings and Recommendations.

DATED: March 23, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE