UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., <br><br> Petitioner, <br><br> v. <br><br> ROBERT FOX, <br><br> Respondent. | No. 2:17-cv-2044 TLN AC P <br><br><br> ORDER |

Petitioner requested an extension of time to file a motion for a certificate of appealability. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time, ECF No. 60, is granted; and

2. Petitioner may file a motion for a certificate of appealability within thirty days from the filing of this order.

DATED: July 14, 2021

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE